ACCEPTED
03-15-00083-CV
4730634
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/1/2015 2:46:54 PM
JEFFREY D. KYLE
CLERK

**GARDERE**

*attorneys and counselors* ▪ *www.gardere.com*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/1/2015 2:46:54 PM
JEFFREY D. KYLE
Clerk

JOHN MACVANE
Direct Dial: 713-276-5281
Direct Fax: 713-276-6281
Email: jmacvane@gardere.com

April 1 2015

Mr. Jeffrey D. Kyle, Clerk
Court of Appeals, Third District
Post Office Box 12547
Austin, Texas 78711-2547

Re:  No. 3-15-00083-CV; *Craig A. Washington v. Commission for Lawyer Discipline* (On appeal from the 335th Judicial District Court, Case No. 29123)

Dear Mr. Kyle:

Please add the following as counsel of record for the appellant.

Michael A. Stafford
Lead Counsel
State Bar No. 18996970
Gardere Wynne Sewell L.L.P.
1000 Louisiana, Suite 3400
Houston, TX  77002-5011
(713) 276-5500
(713) 276-5555 FAX
mstafford@gardere.com

Katharine David
State Bar No. 24045749
Gardere Wynne Sewell L.L.P.
1000 Louisiana, Suite 3400
Houston, TX  77002-5011
(713) 276-5500
(713) 276-5555 FAX
kdavid@gardere.com

John MacVane
State Bar No. 24085444
Gardere Wynne Sewell L.L.P.
1000 Louisiana, Suite 3400
Houston, TX  77002-5011
(713) 276-5500
(713) 276-5555 FAX
jmacvane@gardere.com

Jeffrey D. Kyle
April 1 2015
Page 2


Thank you for your attention to this matter.  Please feel free to contact me with any questions related to this matter.


Sincerely,

John MacVane


_____
         */s/ Brad Beers*
         Brad Beers



cc:      Ms. Cynthia Canfield Hamilton
         Office of the Chief Disciplinary Counsel
         State Bar of Texas
         Post Office Box 12487
         Austin, Texas 78711
         chamilton@texasbar.com
         **Via Efiling**

cc:      Mr. Brad Beers
         Beers Law Firm
         5020 Montrose Boulevard, Suite 700
         Houston, Texas 77006
         **Via Certified Mail, RRR**